## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Danny Pratt v. Everalbum, Inc.     Case Number: 17 cv 1600

An appearance is hereby filed by the undersigned as attorney for:
Everalbum, Inc., a Delaware corporation

Attorney name (type or print): John C. Gekas

Firm: Arnstein & Lehr LLP

Street address: 120 S. Riverside Plaza, S. 1200

City/State/Zip: Chicago, IL  60606

Bar ID Number: 6281446
(See item 3 in instructions)

Telephone Number: 312.876.7124

Email Address: jgekas@arnstein.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 1, 2017

Attorney signature:    S/ John C. Gekas
         (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015