**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DANNY PRATT, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) EVERALBUM, INC., a Delaware ) corporation ) ) Defendant. ) | Case No. 1:17-cv-01600<br><br>Judge: Honorable Sara L. Ellis<br><br>Mag. Judge: Honorable Susan E. Cox |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, on March 7, 2017 at 9:45 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Sara L. Ellis, or any judge sitting in her stead, in the courtroom usually occupied by her of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Defendant Everalbum, Inc.'s **Unopposed Motion to Extend Date for Defendant to Answer or Otherwise Plead in Response to Complaint**, a copy of which has been electronically filed and served upon all counsel of record for Plaintiff Danny Pratt using the Court's CM/ECF system.

1

Dated: March 3, 2017                                  Respectfully submitted,


                                                      */s/ John C. Gekas*
                                                      One of the Attorneys for Defendant

                                                      John C. Gekas
                                                      Michael A. Jacobson
                                                      ARNSTEIN & LEHR LLP
                                                      120 South Riverside Plaza
                                                      Suite 1200
                                                      Chicago, IL 60606
                                                      Telephone: (312) 876-7100
                                                      Facsimile: (312) 876-0288
                                                      Email: jgekas@arnstein.com
                                                              majacobson@arnstein.com

                                                      *Attorneys for Defendant Everalbum, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 3rd day of March 2017, I filed a copy of the foregoing **Notice of Motion** via the Court's CM/ECF system, thereby causing it to be served upon all counsel of record for Plaintiff.

                                                   */s/John C. Gekas*
                                                   John C. Gekas