# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Danny Pratt

                                    Plaintiff,

v.                                                  Case No.: 1:17−cv−01600
                                                    Honorable Sara L. Ellis

Everalbum, Inc.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 7, 2017:

     MINUTE entry before the Honorable Sara L. Ellis: Defendant's unopposed motion for extension of time to answer [8] is granted. Defendant's responsive pleading is due by 3/31/17. The initial status conference in this matter is set for 4/6/17 at 1:30PM. The parties are directed to review the procedures and requirements for this conference on Judge Ellis' web site and to submit the required Initial Status Report by 3/31/2017. Motion hearing date of 3/7/2017 is stricken. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.