IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Danny Pratt,

Plaintiff(s),

v.

Everalbum, Inc.,

Defendant(s).

Case No. 17-cv-1600
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court grants Everalbum's motion for judgment on the pleadings. The Court enters judgment for Everalbum on Pratt's IRPA claim (Count I) and terminates this case. The Court declines to award Everalbum its attorneys' fees, costs, and expenses.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion for judgment on the pleadings.

Date: 9/20/2017                    Thomas G. Bruton, Clerk of Court

                                   Rhonda Johnson , Deputy Clerk